IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| REBECCA GROVE, Individually and as Personal Representative of the Estate of ROYCE A. GROVE | * | |
| | * | |
| Plaintiffs | * | |
| v. | * | Case no.: 12-CV-02950-WDQ |
| KRISTIAN ULLOA, M.D., et al | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(A)(ii), the parties by their undersigned counsel stipulate to the dismissal with prejudice of University of Maryland Surgical Associates, P.A. ONLY.

_____/s/_____
Paul D. Bekman, Esquire
Michael P. Smith  (#03179)
Salsbury, Clements, Bekman, Marder & Adkins, LLC
300 W. Pratt Street, Suite 450
Baltimore, MD  21201
410-539-6633
bekman@scbmalaw.com
smith@scbmalaw.com
Attorney for Plaintiffs
(signed by J. Michael Sloneker with permission of Michael Smith)

_____/s/_____
J. Michael Sloneker (#03324)
Jonathan A. Cusson (#27095)
ANDERSON, COE & KING, LLP
Seven Saint Paul Street, Suite 1600
Baltimore, MD  21202
Sloneker@acklaw.com
Cusson@acklaw.com
(T) 410-752-1630,  (F)  410-752-0085
Attorneys for Defendants

<u>Certificate of Service</u>

I HEREBY CERTIFY that on this 4th day of August, 2014 a copy of the foregoing Stipulation of Dismissal With Prejudice was served via electronic mail to:

Paul D. Bekman, Esquire
Michael P. Smith, Esquire
Salsbury, Clements, Bekman, Marder & Adkins, LLC
300 W. Pratt Street, Suite 450
Baltimore, MD  21201
Attorney for Plaintiffs

           _____/s/_____
           J. Michael Sloneker (#03324)
           Jonathan A. Cusson (#27095)