IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

"APPROVED"

8/5/14
Date

/s/ William D. Quarles, Jr.
United States District Judge

| | |
|---|---|
| REBECCA GROVE, Individually and as Personal Representative of the Estate of ROYCE A. GROVE | * |
| Plaintiffs | * |
| v. | *   Case no.: 12-CV-02950-WDQ |
| KRISTIAN ULLOA, M.D., et al | * |
| Defendants | * |

* * * * * * * * * * * * * * * * * * * * * *

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(A)(ii), the parties by their undersigned counsel stipulate to the dismissal with prejudice of University of Maryland Surgical Associates, P.A. ONLY.

/s/
Paul D. Bekman, Esquire
Michael P. Smith  (#03179)
Salsbury, Clements, Bekman, Marder & Adkins, LLC
300 W. Pratt Street, Suite 450
Baltimore, MD 21201
410-539-6633
bekman@scbmalaw.com
smith@scbmalaw.com
Attorney for Plaintiffs
(signed by J. Michael Sloneker with permission of Michael Smith)

/s/
J. Michael Sloneker (#03324)
Jonathan A. Cusson (#27095)
ANDERSON, COE & KING, LLP
Seven Saint Paul Street, Suite 1600
Baltimore, MD 21202
Sloneker@acklaw.com
Cusson@acklaw.com
(T) 410-752-1630, (F) 410-752-0085
Attorneys for Defendants